Meyer Shure, appellee, v. Anton J. Cermak, appellant. Gen. No. 25,863.

Action for trespass against a bailiff for the wrongful sale of property of plaintiff taken under a levy. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. J. H. Ragsdale, Judge, presiding. Heard in this court at the March term, 1920. Reversed and judgment of *nil capiat*. Opinion filed October 17, 1921.

Winston & Lowy, for appellant. No appearance for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Edwin P. Tilly, appellee, v. Thomas W. Burton, appellant. Gen. No. 26,014.

Action to recover money retained by defendant out of the proceeds of a check made out to plaintiff and given in payment of an insurance policy on the life of plaintiff's daughter, who was the wife of defendant. Judgment for plaintiff. Appeal from the County Court of Cook county; the Hon. Harry C. Moran, Judge, presiding. Heard in this court at the October term, 1919. Reversed and remanded. Opinion filed October 17, 1921.

Litsinger, Healy & Reid, for appellant; James J. Finn, of counsel. Charles P. Molthrop, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

Frederick H. Meyer, appellee, v. George Landers, appellant. Gen. No. 26,035.

Action of forcible detainer after an attempted termination of tenancy by notice. Judgment for plaintiff. Appeal from the Municipal Court of Chicago; the Hon. Arnold Heap, Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921.

Rose & Symmes, for appellant. Edgar A. Jonas, for appellee.

Mr. Justice McSurely delivered the opinion of the court.

---

James S. Deming, administrator of the estate of Adeline Purdy Thurston, deceased, appellee, v. Chicago Railways Company et al., operating under name of Chicago Surface Lines, appellants. Gen. No. 26,065.

Action by administrator for the death of a passenger in an automobile due to a collision therewith by one of defendants' street cars. Judgment for plaintiff. Appeal from the Circuit Court of Cook county; the Hon. Frank Johnston, Jr., Judge, presiding. Heard in this court at the March term, 1920. Affirmed. Opinion filed October 17, 1921.

Charles Cunningham and Watson J. Ferry, for appellants. W. W. Gurley and J. R. Guilliams, of counsel. Charles C. Spencer, for appellee.

Mr. Justice McSurely delivered the opinion of the court.